**Electronically Filed**
**Supreme Court**
**SCWC-23-0000757**
**09-JAN-2025**
**02:19 PM**
**Dkt. 13 OGAC**

SCWC-23-0000757

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

NORDIC PCL CONSTRUCTION, INC.,
f/k/a NORDIC CONSTRUCTION, LTD., a corporation,
Petitioner/Claimant/Counterclaim Respondent-Appellee,

vs.

LPIHGC, LLC,
Respondent/Respondent/Counterclaimant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000757; S.P. No. 1SP101000346)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, and Ginoza, JJ., and
Circuit Judge Hamman, in place of Recktenwald, C.J., recused,
and Circuit Judge Nichols, in place of Devens, J., recused)

Petitioner's application for writ of certiorari, filed

on November 29, 2024, is hereby accepted and will be scheduled

for oral argument. The parties will be notified by the

appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, January 9, 2025.

/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Kirstin M. Hamman
/s/ Steven R. Nichols

